UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Howard Barnes__                    )
_____,         )
    **Plaintiff(s),**                )
                                     )
        vs.                          )    Case No.
__Chicago City__                     )
__Warming center__,                  )    23cv425
__10 S. Kedzie__                     )    Randomly Assigned
    **Defendant(s).**                )    CAT 2
                                     )    Judge Alonso
                                     )    Magistrate Judge Cummings

**RECEIVED**
JAN 23 2023  JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Howard Barnes__.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

SM

Howard Barne )  **United States District Court**
    Plaintiff )  **Northern District of Illinois**
)
v. )
)
)
    Defendant )

City of Chicago
Warming Center
10 S. Kedzie

**COMPLAINT**

4. Defendant, __City of Chicago__, is
(name, badge number if known)

☐ an officer or official employed by __10 S. Kedzie__ ;
(department or agency of government)

_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __City of Chicago Walker__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately __24 hours__ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __Chicago__, in the County of __IL__,
State of Illinois, at __10 S. Kedzie__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:

_____
_____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): racist staff they kick black people out and the spanish people inside.

8. Plaintiff was charged with one or more crimes, specifically:

favors spanish people over black people. makes black people leave shelter at 9:AM. and we can't come back untill 5PM. The spanish people are allowed to stay all day.

9. **(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")** The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   _____.

   ☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Civil rights Have been broken

11. Defendant acted knowingly, intentionally, willfully and maliciously. yes

12. As a result of defendant's conduct, plaintiff was injured as follows:

legs already hurting they people put me out. and the Legs hurting worst

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and 1,000,000

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

New mark

Plaintiff's signature: *Howard Barnes*

Plaintiff's name *(print clearly or type)*: Howard Barnes

Plaintiff's mailing address: 6625 S. Wabash

City Chicago  State IL.  ZIP 60637

Plaintiff's telephone number: (702) 559-5388

Plaintiff's email address *(if you prefer to be contacted by email)*: barnesh29@yahoo.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5