UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Barnes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 425 |
| v. | ) | |
| | ) | Hon. Jorge L. Alonso |
| City of Chicago Warming Center, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

    Plaintiff was granted until March 10, 2023 to either: (1) pay the filing fee; or (2) file a new, complete application to proceed *in forma pauperis*. Plaintiff was informed that failure to either pay the filing fee or file a new, complete application to proceed *in forma pauperis* would result in a dismissal of this action. Plaintiff has neither paid the filing fee nor filed a complete application to proceed *in forma pauperis*. It is therefore ordered that this action is DISMISSED without prejudice.

Civil case terminated.

**SO ORDERED.**                                                      ENTERED: October 10, 2023

                                                                                    **HON. JORGE ALONSO**
                                                                                    **United States District Judge**